1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
8                                     AT SEATTLE

9     BRIAN PLASKON, M.D.,

10                     Plaintiff,                    No. CV6-367RSL

11            vs.                                    ORDER GRANTING MOTION TO
                                                    FILE OVERLENGTH BRIEF
12    PUBLIC HOSPITAL DISTRICT NO. 1 OF
      KING COUNTY d/b/a VALLEY MEDICAL
13    CENTER *et al.*,

14                     Defendants.

15           This matter comes before the Court on defendants' "Motion for Leave to File Overlength

16    Brief" (Dkt. #30).  The motion is GRANTED.

17

18           DATED this 21st day of September, 2007.

19

20

21                                                  _____
                                                    Robert S. Lasnik
22                                                  United States District Judge

23

24

25

26

27

28