1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

15

16

BRIAN PLASKON,

        Plaintiff,

    v.

PUBLIC HOSPITAL DISTRICT NO. 1 OF
KING COUNTY d/b/a VALLEY MEDICAL
CENTER, *et al.*,

        Defendants.

Case No.  C06-0367RSL

ORDER DENYING PLAINTIFF'S
REQUEST FOR AN EXTENSION

17

18

19

      This matter comes before the Court on plaintiff's October 22, 2007 letter to the Court
(Dkt. #33).  On June 18, 2007, the Court granted plaintiff's counsel's motion to withdraw, and
plaintiff is now proceeding *pro se*.

20

21

22

23

24

25

26

27

      In his letter, plaintiff requests additional time to respond to defendants' pending motion
for summary judgment, noted for November 2, 2007, to allow him time to obtain other counsel.
Plaintiff, however, has not filed his request as a motion, despite the fact that the Court denied his
prior request for an extension in part because "all requests for relief from the Court must be
contained in a motion that complies with Local Rule 7.  Plaintiff's letter is not a motion, and he
did not serve it on defendants."  (Dkt. #27, denying plaintiff's request to suspend the case
schedule).  Despite the Court's prior clear statement, plaintiff's current request does not comply

28

ORDER DENYING REQUEST
FOR AN EXTENSION - 1

1   with the Local Rules in any respect.  It is not a motion, and plaintiff did not serve it on

2   defendants.

3   Even if the letter complied with the Local Rules, the Court would deny the request.

4   Plaintiff's counsel withdrew nearly five months ago, so plaintiff has had ample time to obtain

5   other counsel but has been unable to do so.  There is no indication that he will be able to obtain

6   counsel if granted the thirty-day extension he seeks.

7   Plaintiff also argues that he needs additional time to obtain "affidavits from out of state

8   witnesses."  To obtain a Fed. R. Civ. P. 56(f) continuance, a plaintiff must make "(a) a timely

9   application which (b) specifically identifies (c) relevant information, (d) where there is some

10  basis for believing that the information sought actually exists."  See Employers Teamsters Local

11  Nos. 175 & 505 Pension Trust Fund v. Clorox Co., 353 F.3d 1125, 1129 (9th Cir. 2004)

12  (internal quotation and citation omitted).  The burden is on the party seeking additional

13  discovery to proffer sufficient facts to show that the evidence sought exists, and that it would

14  prevent summary judgment.  Id. at 1129-1130.  Plaintiff's vague reference to "out of state

15  witnesses," without stating who they are or what they will say, is insufficient.  Finally, although

16  plaintiff is proceeding *pro se*, he is both a physician and a licensed attorney.  He appears fully

17  capable of representing himself.

18  For all of the foregoing reasons, plaintiff's request for an extension (Dkt. #33) is

19  DENIED.

20

21  DATED this 14th day of November, 2007.

22

23  *Mark S Lasnik*

24  Robert S. Lasnik
    United States District Judge

25

26

27

28  ORDER DENYING REQUEST
    FOR AN EXTENSION - 2