UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN PLASKON,

  Plaintiff,

  v.

PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY d/b/a VALLEY MEDICAL CENTER, *et al.*,

  Defendants.

Case No. C06-0367RSL

ORDER TO SHOW CAUSE

  This matter comes before the Court *sua sponte*. On January 7, 2008, plaintiff filed his opposition to defendants' motion for attorney's fees that, taken as a whole, exceeds 50 pages in length. (Dkt. #49). As of this date, a courtesy copy of these documents has not been provided for chambers.

  Plaintiff is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with four prior orders of this Court (Dkt. ## 8, 12, 14, and 16) requiring courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office. Plaintiff shall respond to this order to show cause no later than five days from the date

ORDER TO SHOW CAUSE - 1

1 | of this Order.

3 | DATED this 11th day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28 | ORDER TO SHOW CAUSE - 2