UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN PLASKON,

    Plaintiff,

    v.

PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY d/b/a VALLEY MEDICAL CENTER, *et al.*,

    Defendants.

Case No. C06-0367RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On January 7, 2008, plaintiff filed his opposition to defendants' motion for attorney's fees that, taken as a whole, exceeded 50 pages in length but did not provide a courtesy copy of the documents for chambers. On January 11, 2008, the Court issued an order to show cause why plaintiff should not be sanctioned for failing to comply with the Court's prior orders. The order to show cause (Dkt. #54) is now vacated in light of the receipt of the courtesy copy and plaintiff's response.

    DATED this 16th day of January, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE