UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN PLASKON,

        Plaintiff,

    v.

PUBLIC HOSPITAL DISTRICT NO. 1 OF KING COUNTY d/b/a VALLEY MEDICAL CENTER, et al,

        Defendants.

Case No. C06-367RSL

TAXATION OF COSTS

Pursuant to the Court's Order Denying Defendants' Motions For Attorney's Fees And Referring Motion For Costs, (Dkt. #58), the clerk considered briefs in support of, and in opposition to, the cost bill herein. Costs in the cause indicated above are hereby taxed against PLAINTIFF BRIAN PLASKON , and on behalf of DEFENDANTS in the amount of $1,509.52 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.   TRANSCRIPT COSTS | $980.49 | 0 | $980.49 |
| II.  LEXIS RESEARCH | $215.01 | $215.01 | 0 |

Lexis research fees are not taxable costs.

| | | | |
|---|---|---|---|
| III. PACER FEES | $7.20 | $7.20 | 0 |

Pacer fees are not taxable.

| | | | |
|---|---|---|---|
| IV. DELIVERY SERVICES | $17.00 | $17.00 | 0 |

Costs incurred for delivery services are not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| V.  TRANSPORTATION COSTS | $42.72 | $42.72 | 0 |
| Transportation expenses are not taxable. | | | |
| VI.  COPY COSTS | $529.03 | 0 | $529.03 |

Dated this ___4th___ day of FEBRUARY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2